IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S. HORTICULTURAL SUPPLY, INC., formerly known as E.C. GEIGER, INC. | : : : | CIVIL ACTION |
| v. | : : | |
| THE SCOTTS COMPANY, et al. | : | NO. 04-cv-5182 |

**JUDGMENT**

AND NOW, this 26th day of April, 2010, judgment is hereby entered in favor of The Scotts Company and against U.S. Horticultural Supply, formerly known as E.C. Geiger, Inc., in the amount of $64,120.86.

MICHAEL E. KUNZ
CLERK OF COURT